IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 3:23-cr-071 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| JOSEPH EADS | * | |
| Defendant. | * | |
| | * | |

**DECISION & ENTRY STRIKING DEFENDANT'S *PRO SE* MOTION TO SUPPRESS (DOC. # 31) WITHOUT PREJUDICE TO RENEWAL SHOULD DEFENDANT BE ALLOWED TO WITHDRAW HIS PREVIOUSLY ENTERED PLEA OF GUILTY AND, FURTHER, SHOULD HIS COUNSEL OF RECORD CHOOSE TO ADOPT SAID MOTION TO SUPPRESS**

The Defendant's *pro se* Motion to Suppress filed May 22, 2024 (Doc. #31), is stricken, without prejudice to renewal should Defendant ultimately be allowed to withdraw his plea of guilty and, further, should Defendant's counsel of record choose to adopt said Motion to Suppress or to file a new such motion.

This court's reasoning is that the Defendant, represented by competent counsel, is not entitled to a hybrid representation, i.e., to file pleadings or, for that matter, any filings *pro se*.

**IT IS SO ORDERED.**

Date: May 28, 2024

**WALTER H. RICE
UNITED STATES DISTRICT JUDGE**