IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | Case No. 3:23-cr-071 |
| Plaintiff, | * | Judge Walter H. Rice |
| vs. | * | |
| JOSEPH EADS | * | |
| Defendant. | * | |
| | * | |

**DECISION & ENTRY DECLARING MOTION PERMITTING RETESTING OF DRUGS (DOC. #19) AND MOTION IN LIMINE (DOC. #33) TO BE MOOT, WITHOUT PREJUDICE TO RENEWAL SHOULD DEFENDANT'S PENDING MOTION TO WITHDRAW HIS GUILTY PLEA BE GRANTED**

The following motions of the Defendant, to wit: Motion for Order Permitting Retesting of Drugs (Doc. #19), filed by former counsel, and Defendant's *pro se* Motion of [sic] Limine (Doc. #33) are OVERRULED AS MOOT at this time, without prejudice to renewal should Defendant's pending motion to withdraw his guilty plea be granted.

**IT IS SO ORDERED.**

Date: 7-15-24

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**